UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 12 CR 834 |
| | ) | |
| NICOLE M. GRAZIANO | ) | Judge James B. Zagel |

**GOVERNMENT'S WITNESS LIST**

The following is a list of the witnesses who the United States may call in its case-in-chief:

Barry Schauer
Aaron Nessel
Matt Stefan
Nate Byram
W. Bradley Werner
Andrew Katznelson
Yancey Yore
Larry Weinger or other IRS representative
Steve Schweitzer
John Marchese
FBI Special Agent Mark Stakem
FBI Forensic Accountant Margaret Skiba

The United States also reserves the right to call to testify any witness on the defendant's list, and any witnesses in rebuttal.

DATE:   March 7, 2014

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

/s/ Christopher R. McFadden

CHRISTOPHER R. MCFADDEN
TIFFANY J. MCCORMICK
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, IL   60604
(312) 353-5300